UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-21436-DPG

DANILO GERONIMO MEJIA LUQUE, and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
)
                Plaintiffs, )
  vs. )
)
)
U.S. PARKING, INC., and )
JOSEPH PADOVANO, )
)
)
                Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** 10/10/14-11/21/14
Weeks: 6 weeks
Overtime hours per week: 16 hours
Amount of time and a half per hour not compensated: $10.88/hr. (based on hourly rate of $7.25)
Total overtime wages unpaid and liquidated damages: **$1,044.48 X 2 = $2,088.96**

**Period Claimed:** 11/21/14-04/18/16
Weeks: 73 weeks (rounded down)
Overtime hours per week: 16 hours
Amount of half time per hour not compensated: $3.63/hr. (based on hourly rate of $7.25)
Total overtime wages unpaid and liquidated damages: **$4,239.84 X 2 = $8,479.68**

**Total Overtime Wage Claim and Unpaid Liquidated Damages: $5,284.32 X 2 = $10,568.64**

**FEDERAL MINIMUM WAGE CLAIM:**

**Period Claimed:** 10/10/14-11/21/14
Weeks: 6 weeks
Hours (worked per week:)  56 hours
Minimum wage: $7.25/hr.
Wage paid: $0.00/hr
Wage owed: $7.25/hr
Amount owed: $7.25/hr X 6 weeks X 56 hours = **$2,436.00**
Total minimum wages unpaid and liquidated damages: **$2,436.00 X 2 = $ 4,872.00**

**Period Claimed:** 11/21/14-04/18/16
Weeks: 73 weeks (rounded down)
Hours (worked per week:)  56 hours
Minimum wage: $7.25/hr.
Wage paid: $4.62/hr
Wage owed: $2.63/hr
Amount owed: $2.63/hr X 73 weeks X 56 hours = **$ 10,751.44**
Total minimum wages unpaid and liquidated damages: **$ 10,751.44 X 2 = $ 21,502.88**

**Total Federal Minimum Wage Claim and Liquidated Damages: $13,187.44 X 2 = $26,374.88.**

**TOTAL OVERTIME AND MINIMUM WAGE CLAIM AND LIQUIDATED DAMAGES: $18,471.76 X 2 = $36,943.52**


\*\*Plaintiff seeks all fees and costs under the FLSA.
\*\*Plaintiff reserves all rights to seek minimum wage damages under the Florida Constitution and statutes as applicable including the limitations period and rates.
\*\*\*To the extend Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments, Plaintiff is claiming the higher of the two applicable rates.


    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By: /s/ Allyson Morgado
        Allyson Morgado, Esquire

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/28/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY: /s/ Allyson Morgado**
     **Allyson Morgado, Esquire**